Inst. #20200017824 Bk: 3144 Pg: 700 Recorded: 5/27/2020 9:59 AM Alex Alford Clerk of Courts, Walton County, Florida
Rec Fees: $18.50 Doc Stamps-Deed: $22,700.00 Deputy Clerk BOWERS

Case 3:22-cv-04839-MCR-HTC   Document 1-1   Filed 04/01/22   Page 1 of 2

Prepared by:
Leonora E. Tyree
McNeese Title, LLC
3921 East County Highway 30A
Santa Rosa Beach, Florida 32459
File Number: S20-0250LT

## Warranty Deed

Made this May 22, 2020 A.D. By **Wiley Robert Olive, Jr., as Trustee of the Wiley Robert Olive, Jr., Trust dated August 13, 2018,** whose address is: 556 High Oaks Court, Tallahassee, Florida 32312 , hereinafter called the grantor, to **7X Holdings LLC, a Texas limited liability company**, whose post office address is: PO Box 803447, Dallas, Texas 75380, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Walton County, Florida, viz:

Lot 7, Beach Lane at Watercolor, according to the Plat thereof as recorded in Plat Book 14, Page 50, of the Public Records of Walton County, Florida.

Parcel ID Number: **15-3S-19-25407-000-0070**

Subject property **IS NOT** the homestead of the Grantor as defined by the Constitution of the State of Florida.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except for all covenants, conditions, restrictions, reservations, limitations, and easements of record, all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any, and taxes accruing subsequent to **December 31, 2019.**

## Exhibit A

DEED Rosemary Warranty Deed
Closers' Choice

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness Signature: _____

Witness Printed Name: L. Drew Sirmans

_____
Wiley Robert Olive, Jr., Trustee

Witness Signature: _____

Witness Printed Name: Andrew H. Harman

State of Florida
County of Walton

The foregoing instrument was acknowledged before me by means of [✓] physical presence or [ ] online notarization, this 22nd day of May, 2020, by Wiley Robert Olive, Jr., Trustee, who is/are personally known to me or who has produced current driver's license as identification.



Affix Notary Seal
PAUL SIRMANS
Notary Public-State of Florida
Commission # GG 365422
My Commission Expires
August 13, 2023

_____
Notary Public
Print Name: L. Drew Sirmans

My Commission Expires: 5/13/25

DEED Rosemary Warranty Deed
Closers' Choice